[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-15127
Non-Argument Calendar

_____

D.C. Docket No. 1:03-cr-00123-WS-M-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLIFTON LASHAWN FRAZIER,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(June 19, 2014)

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Clifton Lashawn Frazier in

this appeal, has moved to withdraw from further representation of the appellant and

has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Frazier has filed a *pro se* response.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the judgment revoking Frazier's supervised release and his resulting sentence are **AFFIRMED**.